# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOSEPH MCDANIELS,

          Petitioner,

  v.

JACK FOX,

          Respondent.

Case No. C12-2003-RSM

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby find and ORDER:

(1)    The Report and Recommendation is **ADOPTED**;

(2)    This 28 U.S.C. § 2241 petition (Dkt. 1) is **DENIED** and the matter is **DISMISSED** with prejudice;

(3)    The motion for the TRO (Dkt. 2) is **DENIED**; and

(4)    The Clerk of Court is directed to send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 22 day of January 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 1